1    LAW OFFICES OF BILL LATOUR
2    BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: fed.latour@yahoo.com
6
7    Attorney for Plaintiff

8                    UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10   JESSIE ADAMS,                          )    No.  EDCV 11-0957 CW
11                                          )
          Plaintiff,                        )    [PROPOSED] ORDER AWARDING
12                                          )    EAJA FEES
13        v.                                )
14                                          )
     MICHAEL J. ASTRUE,                     )
15   Commissioner Of Social Security,       )
16                                          )
          Defendant.                        )
17   _____    )

18
          Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
          IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20
     THOUSAND ONE HUNDRED THIRTY EIGHT DOLLARS AND 24/100
21
     ($2,138.24) subject to the terms of the stipulation.
22
          DATE:  June 12, 2012      _____/s/_____
23
                                    HON. CARLA WOEHRLE
24                                  UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                      -1-